

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00740-CR

**IN RE** Yonatan **GARCIA-ESCALANTE**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Lori I. Valenzuela, Justice
                Lori Massey Brissette, Justice

Delivered and Filed: March 12, 2025

DENIED

     Relator, Yonatan Garcia-Escalante, has filed a petition for writ of mandamus. After considering the petition and the record, the court concludes Garcia-Escalante is not entitled to the relief sought. Accordingly, we reinstate this case on the court's active docket and deny the petition for writ of mandamus.

PER CURIAM

DO NOT PUBLISH

---

[1]This proceeding arises out of Cause No. 14332CR, styled *The State of Texas v. Yonatan Manuel Garcia-Escalante*, pending in the County Court, Kinney County, Texas, the Honorable Penny Anne Roberts presiding.